# United States Bankruptcy Court

Northern District of Illinois
Eastern Division

**VOLUNTARY PETITION**

| Name of Debtor - (If Individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Can-Do Express, Inc.** | **None** |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| **None** | |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all): | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all): |
| 16-1634310 | |
| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| 899 Skokie Blvd. Suite 300 Northbrook, IL 60062 | |
| County of Residence or of the Principal Place of Business:   Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
| 7935 Ainsworth Road Hobart, IN 40342 | |
| Location of Principal Assets of Business Debtor: (if different from address listed above) | **NO DISKETTE** |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [X] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debt** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official For

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**Statistical/Administrative Information  (Estimates only)**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/31/2005
Time: 15:53:55
Debtor: CAN-DO EXPRESS INC
Case: 05-03038      Fee : 209
Chapter: 7 Rec. # : 3120757
Judge: Susan Pierson Sonderby
341 mtg: 03/10/2005 @ 01:30PM
Trustee: RONALD PETERSON

1:05BK03038-BK001

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

## Voluntary Petition

(This page must be completed and filed in every case).

**Name of Debtor(s):**

Can-Do Express, Inc.

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number | Date Filed |

| Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor **None** | Case Number | Date Filed |
| District | Relationship | Judge |

### SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X ~~[signature]~~
Signature of Attorney for Debtor(s)

Joel A. Stein                3122304
Printed Name of Attorney for Debtor(s)

Deutsch, Levy & Engel, Chartered
Firm Name

225 West Washington Street
Suite 1700
Chicago, IL 60606
Address

(312) 346-1460                (312) 346-1859
Telephone Number            Fax Number

1/28/05
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~[signature]~~
Signature of Authorized Individual

Martin J. Howland
Printed Name of Authorized Individual

President
Title of Authorized Individual

1/28/05
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address                                Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re:  Can-Do Express, Inc.

Case No. _____

(If Known)

Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 3 | $2,218.55 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 9 | | $200,368.05 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| Total Number of Sheets in All Schedules ⇨ | | 21 | | | |
| Total Assets ⇨ | | | $2,218.55 | | |
| Total Liabilities ⇨ | | | | $200,368.05 | |

In re: **Can-Do Express, Inc.**

Case No.

Chapter    7

Debtor

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | | |

<u>0</u>    continuation sheet(s) attached

In re:  **Can-Do Express, Inc.**                                      **Case No.**

                                                                      **Chapter    7**

          Debtor

# SCHEDULE  B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Peoples Bank #200022266 | | $2,218.55 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

<u>  2  </u>   continuation sheet(s) attached

In re: **Can-Do Express, Inc.**

Case No.

**Chapter    7**

Debtor

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles. | X | | | |

_1_    continuation sheet(s) attached

In re:  **Can-Do Express, Inc.**                                    **Case No.**

                                                                    **Chapter    7**


Debtor

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | X | | | |

<u>0</u>    continuation sheet(s) attached                                    Total    ⇨ | $2,218.55

In re:  **Can-Do Express, Inc.**                                                          Case No.

                                                                                          Chapter    7

          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

☐ 11 U.S.C. 522(b)(1)   Exemptions provided in 11 U.S.C. 522(d).  Note: These exemptions are available only in certain states.

☒ 11 U.S.C. 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **None** | | | |

 0    continuation sheet(s) attached

In re: Can-Do Express, Inc.

Case No.

Chapter    7

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☒   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | (Total of this page)  Subtotal ⇨ | | | | $0.00 | |
| | | | Total ⇨ | | | | $0.00 | |

  0    continuation sheet(s) attached

In re: **Can-Do Express, Inc.**

Case No.

Chapter    7

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled " Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITIES (Check the appropiate box(s) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, maintenance or support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒   **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_   continuation sheet(s) attached

In re:  **Can-Do Express, Inc.**                                                      **Case No.**

                                                                                      **Chapter     7**

Debtor

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes, debts owed to government

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No: <br> Illinois Department of Revenue <br> 100 W. Randolph Street, 7th Floor <br> Chicago, IL  60601 | | | Date Incurred: <br> Consideration for Claim: | | | | Amount Unknown | Amount Unknown |
| Account No: <br> Illinois Dept. of Employment Security <br> Collections Section <br> 33 S. State Street, 10th Floor <br> Chicago, IL  60603-2802 | | | Date Incurred: <br> Consideration for Claim: | | | | Amount Unknown | Amount Unknown |
| Account No: <br> U.S. Treasury Department <br> 200 W. Adams Street, Suite 450 <br> Chicago, IL  60606 | | | Date Incurred: <br> Consideration for Claim: | | | | Amount Unknown | Amount Unknown |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | (Total of this page)  Subtotal  ⇨ | | | | $0.00 | |
| | | | | Total  ⇨ | | | | $0.00 | |

__0__   continuation sheet(s) attached

In re:  **Can-Do Express, Inc.**

Case No.

Chapter    7

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   **Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions, above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>24HR Quil Fix<br>1030 Summit<br>Suite 301<br>Elgin, IL 60120 | | | Date Incurred:<br>Consideration for Claim:<br>Truck Repair Services | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>Acme Truck Brake & Supply Co.<br>2333 Arthur Ave.<br>Elk Grove, IL 60007 | | | Date Incurred:<br>Consideration for Claim:<br>Truck Repair Services | | | | $427.32<br><br>Estimated |
| **Account No:**<br>American Express<br>111 Deer Lake Road<br>Deerfield, IL 60015-4986 | | | Date Incurred:<br>Consideration for Claim:<br>Accounting Services | | | | $187.90<br><br>Estimated |
| **Account No:**<br>Atlas Lift Truck<br>5050 River Road<br>Schiller Park, IL 60176 | | | Date Incurred:<br>Consideration for Claim:<br>Fork Lift Rental | | | | $3,500.00<br><br>Estimated |
| **Account No:**<br>Builders Chicago Corp.<br>4647 W. Arthington Street<br>Chicago, IL 60644 | | | Date Incurred:<br>Consideration for Claim: | | | | $747.63<br><br>Estimated |
| **Account No:**<br>Clarence Shockley<br>2822 Dry Hollow Road<br>Mcewen, TN 37101 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>Coble Enterprises Inc.<br>PO Box 90531<br>Lafayette, LA 70509-0531 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $1,500.00<br><br>Estimated |
| | | | (Total of this page)   Subtotal ⇒ | | | | **$11,362.85** |
| | | | Total ⇒ | | | | **N/A** |

8    continuation sheet(s) attached

In re:  **Can-Do Express, Inc.**

Debtor

**Case No.**

**Chapter    7**

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Command Frieght Systems<br>355 Harbor Gateway South<br>Costa Mesa, CA  92626 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Transportation Services | | | | $1,100.00 |
| **Account No:**<br>Compunet<br>PO Box 710<br>Lake Havasu City, AZ  86405-0710 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Credit Services | | | | $161.00<br><br>Estimated |
| **Account No:**<br>Connecticut Judicial Branch<br>Cetralizes Infractions Bureau<br>PO Box 5044<br>Hartford, CT  06102-5044 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Fine | | | | $958.00<br><br>Estimated |
| **Account No:**<br>CSE Transportation<br>5540 W. 84th Street<br>Burbank, IL  60459 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Transportation Services | | | | $1,360.00<br><br>Estimated |
| **Account No:**<br>D&N Delivery<br>PO Box 11023<br>Las Vegas, NV  89111 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Transportation Services | | | | $372.21<br><br>Estimated |
| **Account No:**<br>Daman Express Inc.<br>PO Box 7313<br>Bensenville, IL  60106 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Transportation Services | | | | $6,000.00<br><br>Estimated |
| **Account No:**<br>David Richardsen<br>PO Box 1132<br>Thomasville, NC  27360-1132 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>Dennis Puccini<br>653 Terry Court<br>Roselle, IL  60172 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Contract Driver | | | | $1,500.00<br><br>Estimated |

| | | |
|---|---|---|
| (Total of this page) Subtotal ⇒ | | $13,951.21 |
| Total ⇒ | | N/A |

In re: **Can-Do Express, Inc.**　　　　　　　　　　　　**Case No.**

　　　　　　　　　　　　　　　　　　　　　　　　**Chapter    7**

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Don Aiello<br>1744 Foxfield Drive<br>Belevidere, IL 61008 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>Elgin Care Center<br>530 N. Mclean Blvd.<br>Elgin, IL 60123 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Services | | | | $45.00<br><br>Estimated |
| **Account No:**<br>Ernest Delgado<br>2025 Deerfield<br>TX  75007 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Contract Driver | | | | $6,500.00<br><br>Estimated |
| **Account No:**<br>Euclid Insurance<br>234 Springlake Drive<br>Itasca, IL  60143 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Insurance Premium | | | | Amount Unknown |
| **Account No:**<br>Exhaust Productions<br>2777 East 83rd Place<br>Merrillville, IN  46410 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Truck Repair | | | | $330.00<br><br>Estimated |
| **Account No:**<br>Fed Ex<br>PO Box 1140<br>Memphis, TN  38101-1140 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Delivery Services | | | | $21.81<br><br>Estimated |
| **Account No:** *8017<br>First Community Bank<br>165 S. Randall Road<br>Elgin, IL  60123 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Overdraft on checking account | | | | $2,900.00<br><br>Estimated |
| **Account No:**<br>Flexible Staffing Services<br>135 N. Broadway<br>Melrose Park, IL  60160 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Temporary Help | | | | $1,191.38<br><br>Estimated |
| | | | (Total of this page) Subtotal ⇒ | | | | $13,488.19 |
| 6    continuation sheet(s) attached | | | Total ⇒ | | | | N/A |

In re: **Can-Do Express, Inc.**                                    Case No.

                                                                   Chapter    7

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>Francis Willet<br>847 Elma Avenue<br>Elgin, IL 60120 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| Account No:<br>Frank T. Merchant<br>2201 South Street<br>Elgin, IL 60123 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $300.00<br><br>Estimated |
| Account No:<br>Goodman Factors, Inc.<br>3010 LBJ FRWY 140<br>Dallas, TX 75234 | | | Date Incurred:<br>Consideration for Claim:<br>Factoring Services | | | | $300.00<br><br>Estimated |
| Account No:<br>Gordon Kelly<br>191 Nance Lane<br>Jacksboro, TN 37757 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| Account No:<br>Ignacio Mendez<br>12224 High Meadow Drive<br>Dallas, TX 75234 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $3,500.00<br><br>Estimated |
| Account No:<br>Ilene Diluia<br>Unknown | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $1,000.00 |
| Account No:<br>Jarvis Booker<br>PO Box 441654<br>Indianapolis, IN 46244 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $3,000.00<br><br>Estimated |
| Account No:<br>Jay Southerland<br>Box 36<br>TX 76486 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $300.00<br><br>Estimated |

(Total of this page)  Subtotal ⇒  **$13,400.00**

Total ⇒  N/A

__5__   continuation sheet(s) attached

In re: **Can-Do Express, Inc.**

Case No.

Chapter    7

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>John Hawkins<br>519 Clarksville Road<br>Pittsfield, IL  62363 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>John Stelplugh<br>W2220 Evergreen LN<br>Lyndon Station, WI  53944 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>Ken Hives<br>142 NE Babbit Avenue<br>Lawton, OK  73505 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>Lanyon Pryor<br>2071 Westridge Blvd.<br>Bartlett, IL  60103 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $1,200.00<br><br>Estimated |
| **Account No:**<br>Lee Lacy<br>511 Alyee Lane<br>Aurora, IL  60505 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>Lewis Transportation<br>PO Box 10157<br>Fargo, ND  58106 | | | Date Incurred:<br>Consideration for Claim:<br>Transportation Services | | | | $3,500.00<br><br>Estimated |
| **Account No:**<br>Marlene Miller<br>6955 N Junction Road<br>David Junction, IL  61020 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $1,200.00<br><br>Estimated |
| **Account No:**<br>Merl Moulton Sr.<br>684 Old Rt. 45<br>Louisville, IL  62858 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $300.00<br><br>Estimated |

| | | |
|---|---|---|
| (Total of this page) | Subtotal ⇒ | $16,200.00 |
| | Total ⇒ | N/A |

4    continuation sheet(s) attached

In re: Can-Do Express, Inc.

Case No.

Chapter    7

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>Michael D. Otis<br>1368 Inverness Drive<br>Elgin, IL 60107 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $1,200.00<br><br>Estimated |
| Account No:<br>Mike Corbin<br>2070 Muirfield Circle<br>Elgin, IL 60123 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| Account No:<br>MJ Howland, Inc.<br>7935 Ainsworth Road<br>Hobart, IN 46342 | | | Date Incurred:<br>Consideration for Claim:<br>Loan | | | | $26,000.00<br><br>Estimated |
| Account No:<br>Monica D. Merchant<br>2201 S. Street<br>Elgin, IL 60123 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $1,200.00<br><br>Estimated |
| Account No:<br>Nemisio Mendoza<br>1115 Seco. Road<br>Eagle Pass, TX 78852 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| Account No:<br>New Country<br>PO Box 613<br>Bloomingdale, IL 60108 | | | Date Incurred:<br>Consideration for Claim:<br>Contract Driver | | | | $350.00<br><br>Estimated |
| Account No:<br>Northland Insurance<br>PO Box 64643<br>St. Paul, MN 55164-0643 | | | Date Incurred:<br>Consideration for Claim:<br>Insurance Premium | | | | $1,500.00<br><br>Estimated |
| Account No:<br>Oak Harbor Frieght Lines<br>1339 W. Valley Highway N<br>Auburn, WA 98001 | | | Date Incurred:<br>Consideration for Claim:<br>Transportation Services | | | | $540.93<br><br>Estimated |

(Total of this page)  Subtotal ⇒  $35,790.93

Total ⇒  N/A

3    continuation sheet(s) attached

In re: Can-Do Express, Inc.

Case No. _____

Chapter 7

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Peggy Story <br> RT 2 Box 226D <br> Linden, TN 37096 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $1,200.00 <br><br> Estimated |
| **Account No:** <br> Penske Truck Leasing <br> PO Box 802577 <br> Chicago, IL 60680-2577 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Truck Leases | | | | $55,000.00 <br><br> Estimated |
| **Claim Representative** <br> Baker Miller Markoff & Krasny <br> 29 N. Wacker Dr., 5th Floor <br> Chicago, IL 60606 | | | **Representing:** <br> Penske Truck Leasing | | | | |
| **Account No:** <br> Puccini Transportation Inc. <br> 653 Terry Court <br> Roselle, IL 60172 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Transportation Services | | | | $10,000.00 <br><br> Estimated |
| **Account No:** <br> Puco <br> 180 East Broad Street <br> 5th Floor <br> Columbus, OH 43215-3793 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Fine for failure to file Hazmat Application | | | | $500.00 <br><br> Estimated |
| **Account No:** <br> R&D Cleaning Services <br> 9961 Bedford Drive <br> Huntley, IL 60142 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Janitorial Services | | | | $300.00 <br><br> Estimated |
| **Account No:** <br> Randy Kovacs <br> 1443 Eliot Trail <br> Elgin, IL 60123 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $2,500.00 <br><br> Estimated |
| **Account No:** <br> Richard Kowalski <br> 320 Wedgewood Circle <br> Romeoville, IL 60446 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $2,500.00 <br><br> Estimated |
| | | | (Total of this page) Subtotal ⇒ | | | | $72,000.00 |
| 2   continuation sheet(s) attached | | | Total ⇒ | | | | N/A |

In re: **Can-Do Express, Inc.**

Case No.

Chapter    **7**

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Richard Wiltz <br> 610 W. Maywood <br> Peoria, IL  61604 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $2,500.00 <br><br> Estimated |
| **Account No:** <br> RJW Transport <br> PO Box 700 <br> Bloomingdale, IL  60180 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Transportation Services | | | | $500.00 <br><br> Estimated |
| **Account No:** <br> Robert Bonner <br> 1620 Edison Circle <br> Hanover Park, IL  60133 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $2,500.00 <br><br> Estimated |
| **Account No:** <br> Robert Page <br> 9506 Henninger Drive <br> Belvidere, IL  61008 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $2,500.00 <br><br> Estimated |
| **Account No:** <br> Robert Springer <br> 1022 W 12th Street <br> Belvidere, IL  61008 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $2,500.00 <br><br> Estimated |
| **Account No:** <br> RT&T Logistics Inc. <br> 4631 N. Ford Road <br> Galena, IL  61038 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Transportation Services | | | | $700.00 <br><br> Estimated |
| **Account No:** <br> State of Illinois Dept. of Labor <br> Fair Labor Standards Division <br> 160 N. LaSalle, Suite C 1300 <br> Chicago, IL  60601-3150 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Unemployment Claims | | | | Amount Unknown |
| **Account No:** <br> Thomas Pryor <br> 2071 Westridge Blvd. <br> Bartlett, IL  60103 | | | **Date Incurred:** <br> **Consideration for Claim:** <br> Contract Driver | | | | $1,200.00 <br><br> Estimated |

(Total of this page) Subtotal ⇒  $12,400.00

Total ⇒  N/A

1    continuation sheet(s) attached

In re: **Can-Do Express, Inc.**

Case No.

Chapter  7

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Veterans Messenger Service<br>Slot 302141<br>PO Box 66973<br>Chicago, IL 60666 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Delivery Services | | | | $6,774.87<br><br>Estimated |
| **Account No:**<br>Warren T. Renee<br>13500 N US 31 Lot 90<br>Edinburgh, IN 46124 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| **Account No:**<br>William G. Palmer<br>34W 926 S James Drive<br>St. Charles, IL 60174 | | | **Date Incurred:**<br>**Consideration for Claim:**<br>Contract Driver | | | | $2,500.00<br><br>Estimated |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | (Total of this page) Subtotal ⇒ | | | $11,774.87 |
| | | | | Total ⇒ | | | $200,368.05 |

0   continuation sheet(s) attached

In re:  **Can-Do Express, Inc.**                                        Case No.

                                                                        Chapter      7

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐   **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
| --- | --- |
| Penske Truck Leasing<br>29 N. Wacker Dr., 5th Floor<br>Chicago, IL  60606<br><br>**Attention:**  Baker Miller Markoff & Krasny | Truck Leases |

  0     continuation sheet(s) attached

**In re: Can-Do Express, Inc.**

**Case No.**

**Chapter   7**

Debtor

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

___0___   continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:

Can-Do Express, Inc.

Debtor

Case Number: _____

Chapter 7

## Declaration Under Penalty of Perjury by Individual / Joint Debtor

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 22 sheets, and they are true and correct to the best of my knowledge, information and belief.

Date: _____     Signature: _____

---

### Certification and Signature of Non-Attorney Bankruptcy Petition Preparer (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Print or Typed Name of Bankruptcy Petition Preparer

Social Security Number
(Required by 11 USC § 110(c).)

_____

_____

Address                          Tel . No.

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment ot both.  11 U.S.C. § 110, 18 U.S.C. § 156.

---

## Declaration Under Penalty of Perjury on Behalf of Corporation or Partnership

I, Martin J. Howland, President of the corporation, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 22 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 01/28/05         Signature: *(signature)*

Name: Martin J. Howland

Title: President

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re:   **Can-Do Express, Inc.**

**Case Number:**

**Case Chapter:**                    **7**

Debtor

## List of Equity Security Holders

| Registered Name of Holder of Security | Number of Shares | Class of Shares |
|---|---|---|
| **Equity Holders** | | |
| **Shareholders** | | |
| Carol Howland<br>7935 Ainsworth Road<br>Hobart, IN 46342 | 250<br>25.00% | common |
| Karyn Nadler<br>690 Fenwick Lane<br>South Elgin, IL 60177 | 500<br>25.00% | common |
| Martin J. Howland<br>7935 Ainsworth Road<br>Hobart, IN 46342 | 250<br>25.00% | common |

### Verification

I, Martin J. Howland, the President of Can-Do Express, Inc., the debtor, declare under penalty of perjury that I am informed, that I have read the above list of equity security holders, and that the list is complete, true, and correct.

Dated:   _____1/28/05_____        _____

Martin J. Howland, President

Can-Do Express, Inc.

Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:                                                                                          Chapter 7
Can-Do Express, Inc.
Debtor                                                          Case Number: _____

## Disclosure of Compensation of Attorney for Debtor

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept............................................................   $2,500.00
    Prior to the filing of this statement I have received.............................................       $0.00
    Balance Due...........................................................................................................   $2,500.00

2.  The source of the compensation paid to me was:
    [X] Debtor [  ] Other (specify)

3.  The source of compensation to be paid to me is:
    [X] Debtor [  ] Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.  In return for the above fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   Other: None

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.
Date:   01/28/05

                                                    Signature of Attorney
                                                    Joel A. Stein
                                                    Deutsch, Levy & Engel, Chartered

In re: **Can-Do Express, Inc.**

Case No.

Chapter    7

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Penske Truck Leasing<br>PO Box 802577<br>Chicago, IL 60680-2577 | Baker Miller Markoff & Krasny<br>29 N. Wacker Dr., 5th Floor<br>Chicago, IL 60606 | Truck Leases | | $55,000.00 |
| MJ Howland, Inc.<br>7935 Ainsworth Road<br>Hobart, IN 46342 | | Loan | | $26,000.00 |
| Puccini Transportation Inc.<br>653 Terry Court<br>Roselle, IL 60172 | | Transportation Services | | $10,000.00 |
| Veterans Messenger Service<br>Slot 302141<br>PO Box 66973<br>Chicago, IL 60666 | | Delivery Services | | $6,774.87 |
| Ernest Delgado<br>2025 Deerfield<br>TX 75007 | | Contract Driver | | $6,500.00 |
| Daman Express Inc.<br>PO Box 7313<br>Bensenville, IL 60106 | | Transportation Services | | $6,000.00 |
| Lewis Transportation<br>PO Box 10157<br>Fargo, ND 58106 | | Transportation Services | | $3,500.00 |

__4__    continuation sheet(s) attached

In re: **Can-Do Express, Inc.**

                                                   **Case No.**

                                                   **Chapter   7**

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| Name of creditor and complete address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Atlas Lift Truck<br>5050 River Road<br>Schiller Park, IL 60176 | | Fork Lift Rental | | $3,500.00 |
| Ignacio Mendez<br>12224 High Meadow Drive<br>Dallas, TX 75234 | | Contract Driver | | $3,500.00 |
| Jarvis Booker<br>PO Box 441654<br>Indianapolis, IN 46244 | | Contract Driver | | $3,000.00 |
| First Community Bank<br>165 S. Randall Road<br>Elgin, IL 60123 | | Overdraft on checking account | | $2,900.00 |
| David Richardsen<br>PO Box 1132<br>Thomasville, NC 27360-1132 | | Contract Driver | | $2,500.00 |
| Don Aiello<br>1744 Foxfield Drive<br>Belevidere, IL 61008 | | Contract Driver | | $2,500.00 |
| John Hawkins<br>519 Clarksville Road<br>Pittsfield, IL 62363 | | Contract Driver | | $2,500.00 |

<u>  3  </u>   continuation sheet(s) attached

In re: **Can-Do Express, Inc.**

**Case No.**

**Chapter    7**

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| Name of creditor and complete address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Clarence Shockley<br>2822 Dry Hollow Road<br>Mcewen, TN  37101 | | Contract Driver | | $2,500.00 |
| Francis  Willet<br>847 Elma Avenue<br>Elgin, IL  60120 | | Contract Driver | | $2,500.00 |
| Gordon Kelly<br>191 Nance Lane<br>Jacksboro, TN  37757 | | Contract Driver | | $2,500.00 |
| John Stelplugh<br>W2220 Evergreen LN<br>Lyndon Station, WI  53944 | | Contract Driver | | $2,500.00 |
| 24HR Quil Fix<br>1030 Summit<br>Suite 301<br>Elgin, IL  60120 | | Truck Repair Services | | $2,500.00 |
| Lee Lacy<br>511 Alyee Lane<br>Aurora, IL  60505 | | Contract Driver | | $2,500.00 |
| William G. Palmer<br>34W 926 S James Drive<br>St. Charles, IL  60174 | | Contract Driver | | $2,500.00 |

<u>2</u>    continuation sheet(s) attached

In re:  Can-Do Express, Inc.

Case No.

Chapter    7

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## (Continuation Sheet)

| Name of creditor and complete address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Mike Corbin<br>2070 Muirfield Circle<br>Elgin, IL  60123 | | Contract Driver | | $2,500.00 |
| Nemisio Mendoza<br>1115 Seco. Road<br>Eagle Pass, TX  78852 | | Contract Driver | | $2,500.00 |
| Randy Kovacs<br>1443 Eliot Trail<br>Elgin, IL  60123 | | Contract Driver | | $2,500.00 |
| Richard Kowalski<br>320 Wedgewood Circle<br>Romeoville, IL  60446 | | Contract Driver | | $2,500.00 |
| Richard Wiltz<br>610 W. Maywood<br>Peoria, IL  61604 | | Contract Driver | | $2,500.00 |
| Robert Bonner<br>1620 Edison Circle<br>Hanover Park, IL  60133 | | Contract Driver | | $2,500.00 |
| Robert Page<br>9506 Henninger Drive<br>Belvidere, IL  61008 | | Contract Driver | | $2,500.00 |

    1    continuation sheet(s) attached

In re: **Can-Do Express, Inc.**

**Case No.**

**Chapter   7**

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| Name of creditor and complete address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Robert Springer<br>1022 W 12th Street<br>Belvidere, IL  61008 | | Contract Driver | | $2,500.00 |
| Warren T. Renee<br>13500 N US 31 Lot 90<br>Edinburgh, IN  46124 | | Contract Driver | | $2,500.00 |
| Ken Hives<br>142 NE Babbit Avenue<br>Lawton, OK  73505 | | Contract Driver | | $2,500.00 |

  0   continuation sheet(s) attached

Date   1/28/05

Debtor   _(signature)_

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:

Can-Do Express, Inc.

Debtor

Chapter 7

Case Number: _____

## List of Creditors

24HR Quil Fix
1030 Summit
Suite 301
Elgin, IL 60120

Acme Truck Brake & Supply Co.
2333 Arthur Ave.
Elk Grove, IL 60007

American Express
111 Deer Lake Road
Deerfield, IL 60015-4986

Atlas Lift Truck
5050 River Road
Schiller Park, IL 60176

Builders Chicago Corp.
4647 W. Arthington Street
Chicago, IL 60644

Clarence Shockley
2822 Dry Hollow Road
Mcewen, TN 37101

Coble Enterprises Inc.
PO Box 90531
Lafayette, LA 70509-0531

Command Frieght Systems
355 Harbor Gateway South
Costa Mesa, CA 92626

Compunet
PO Box 710
Lake Havasu City, AZ 86405-0710

Connecticut Judicial Branch
Cetralizes Infractions Bureau
PO Box 5044
Hartford, CT 06102-5044

CSE Transportation
5540 W. 84th Street
Burbank, IL 60459

D&N Delivery
PO Box 11023
Las Vegas, NV 89111

Daman Express Inc.
PO Box 7313
Bensenville, IL 60106

David Richardsen
PO Box 1132
Thomasville, NC 27360-1132

Dennis Puccini
653 Terry Court
Roselle, IL 60172

Don Aiello
1744 Foxfield Drive
Belevidere, IL 61008

Elgin Care Center
530 N. Mclean Blvd.
Elgin, IL 60123

Ernest Delgado
2025 Deerfield
, TX 75007

Euclid Insurance
234 Springlake Drive
Itasca, IL 60143

Exhaust Productions
2777 East 83rd Place
Merrillville, IN 46410

Fed Ex
PO Box 1140
Memphis, TN 38101-1140

First Community Bank
165 S. Randall Road
Elgin, IL 60123

Flexible Staffing Services
135 N. Broadway
Melrose Park, IL 60160

Francis Willet
847 Elma Avenue
Elgin, IL 60120

Frank T. Merchant
2201 South Street
Elgin, IL 60123

Goodman Factors, Inc.
3010 LBJ FRWY 140
Dallas, TX 75234

Gordon Kelly
191 Nance Lane
Jacksboro, TN 37757

Ignacio Mendez
12224 High Meadow Drive
Dallas, TX 75234

Ilene Diluia
Unknown
,

Illinois Department of Revenue
100 W. Randolph Street, 7th Floor
Chicago, IL 60601

Illinois Dept. of Employment
Security
Collections Section
33 S. State Street, 10th Floor
Chicago, IL 60603-2802

Jarvis Booker
PO Box 441654
Indianapolis, IN 46244

Jay Southerland
Box 36
, TX 76486

John Hawkins
519 Clarksville Road
Pittsfield, IL 62363

John Stelplugh
W2220 Evergreen LN
Lyndon Station, WI 53944

Ken Hives
142 NE Babbit Avenue
Lawton, OK 73505

Lanyon Pryor
2071 Westridge Blvd.
Bartlett, IL 60103

Lee Lacy
511 Alyee Lane
Aurora, IL 60505

Lewis Transportation
PO Box 10157
Fargo, ND 58106

Marlene Miller
6955 N Junction Road
David Junction, IL 61020

Merl Moulton Sr.
684 Old Rt. 45
Louisville, IL 62858

Michael D. Otis
1368 Inverness Drive
Elgin, IL 60107

Mike Corbin
2070 Muirfield Circle
Elgin, IL 60123

MJ Howland, Inc.
7935 Ainsworth Road
Hobart, IN 46342

Monica D. Merchant
2201 S. Street
Elgin, IL 60123

Nemisio Mendoza
1115 Seco. Road
Eagle Pass, TX 78852

New Country
PO Box 613
Bloomingdale, IL 60108

Northland Insurance
PO Box 64643
St. Paul, MN 55164-0643

Oak Harbor Frieght Lines
1339 W. Valley Highway N
Auburn, WA 98001

Peggy Story
RT 2 Box 226D
Linden, TN 37096

Penske Truck Leasing
PO Box 802577
Chicago, IL 60680-2577

Puccini Transportation Inc.
653 Terry Court
Roselle, IL 60172

Puco
180 East Broad Street
5th Floor
Columbus, OH 43215-3793

R&D Cleaning Services
9961 Bedford Drive
Huntley, IL 60142

Randy Kovacs
1443 Eliot Trail
Elgin, IL 60123

Richard Kowalski
320 Wedgewood Circle
Romeoville, IL 60446

Richard Wiltz
610 W. Maywood
Peoria, IL 61604

RJW Transport
PO Box 700
Bloomingdale, IL 60180

Robert Bonner
1620 Edison Circle
Hanover Park, IL 60133

Robert Page
9506 Henninger Drive
Belvidere, IL 61008

Robert Springer
1022 W 12th Street
Belvidere, IL 61008

RT&T Logistics Inc.
4631 N. Ford Road
Galena, IL 61038

State of Illinois Dept. of Labor
Fair Labor Standards Division
160 N. LaSalle, Suite C 1300
Chicago, IL 60601-3150

Thomas Pryor
2071 Westridge Blvd.
Bartlett, IL 60103

U.S. Treasury Department
200 W. Adams Street, Suite 450
Chicago, IL 60606

Veterans Messenger Service
Slot 302141
PO Box 66973
Chicago, IL 60666

Warren T. Renee
13500 N US 31 Lot 90
Edinburgh, IN 46124

William G. Palmer
34W 926 S James Drive
St. Charles, IL 60174

Date: 01/28/2005

_____

Joel A. Stein
Attorney for Debtor
Deutsch, Levy & Engel, Chartered
225 West Washington Street
Suite 1700
Chicago, IL 60606

Joel A. Stein
Deutsch, Levy & Engel, Chartered
225 West Washington Street
Suite 1700
Chicago, IL 60606
Tel: (312) 346-1460
Fax: (312) 346-1859
**Attorney for Petitioner**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

## Numbered List of Creditors

**In re:**   Can-Do Express, Inc.                                   Case No.: _____
            Debtor                                                 Chapter: 7
            899 Skokie Blvd.
            Suite 300
            Northbrook, IL 60062

| No. | Creditor Name and Mailing Address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1 | 24HR Quil Fix<br>1030 Summit<br>Suite 301<br>Elgin, IL 60120 | Unsecured NonPriority | $2,500.00 |
| 2 | Acme Truck Brake & Supply Co.<br>2333 Arthur Ave.<br>Elk Grove, IL 60007 | Unsecured NonPriority | $427.32 |
| 3 | American Express<br>111 Deer Lake Road<br>Deerfield, IL 60015-4986 | Unsecured NonPriority | $187.90 |
| 4 | Atlas Lift Truck<br>5050 River Road<br>Schiller Park, IL 60176 | Unsecured NonPriority | $3,500.00 |
| 5 | Builders Chicago Corp.<br>4647 W. Arthington Street<br>Chicago, IL 60644 | Unsecured NonPriority | $747.63 |
| 6 | Clarence Shockley<br>2822 Dry Hollow Road<br>Mcewen, TN 37101 | Unsecured NonPriority | $2,500.00 |

| | | | |
|---|---|---|---|
| 7 | Coble Enterprises Inc.<br>PO Box 90531<br>Lafayette, LA 70509-0531 | Unsecured NonPriority | $1,500.00 |
| 8 | Command Frieght Systems<br>355 Harbor Gateway South<br>Costa Mesa, CA 92626 | Unsecured NonPriority | $1,100.00 |
| 9 | Compunet<br>PO Box 710<br>Lake Havasu City, AZ 86405-0710 | Unsecured NonPriority | $161.00 |
| 10 | Connecticut Judicial Branch<br>Cetralizes Infractions Bureau<br>PO Box 5044<br>Hartford, CT 06102-5044 | Unsecured NonPriority | $958.00 |
| 11 | CSE Transportation<br>5540 W. 84th Street<br>Burbank, IL 60459 | Unsecured NonPriority | $1,360.00 |
| 12 | D&N Delivery<br>PO Box 11023<br>Las Vegas, NV 89111 | Unsecured NonPriority | $372.21 |
| 13 | Daman Express Inc.<br>PO Box 7313<br>Bensenville, IL 60106 | Unsecured NonPriority | $6,000.00 |
| 14 | David Richardsen<br>PO Box 1132<br>Thomasville, NC 27360-1132 | Unsecured NonPriority | $2,500.00 |
| 15 | Dennis Puccini<br>653 Terry Court<br>Roselle, IL 60172 | Unsecured NonPriority | $1,500.00 |
| 16 | Don Aiello<br>1744 Foxfield Drive<br>Belevidere, IL 61008 | Unsecured NonPriority | $2,500.00 |
| 17 | Elgin Care Center<br>530 N. Mclean Blvd.<br>Elgin, IL 60123 | Unsecured NonPriority | $45.00 |
| 18 | Ernest Delgado<br>2025 Deerfield<br>TX 75007 | Unsecured NonPriority | $6,500.00 |
| 19 | Euclid Insurance<br>234 Springlake Drive<br>Itasca, IL 60143 | Unsecured NonPriority | |

| 20 | Exhaust Productions<br>2777 East 83rd Place<br>Merrillville, IN 46410 | Unsecured NonPriority | $330.00 |
|---|---|---|---|
| 21 | Fed Ex<br>PO Box 1140<br>Memphis, TN 38101-1140 | Unsecured NonPriority | $21.81 |
| 22 | First Community Bank<br>165 S. Randall Road<br>Elgin, IL 60123 | Unsecured NonPriority | $2,900.00 |
| 23 | Flexible Staffing Services<br>135 N. Broadway<br>Melrose Park, IL 60160 | Unsecured NonPriority | $1,191.38 |
| 24 | Francis  Willet<br>847 Elma Avenue<br>Elgin, IL 60120 | Unsecured NonPriority | $2,500.00 |
| 25 | Frank T. Merchant<br>2201 South Street<br>Elgin, IL 60123 | Unsecured NonPriority | $300.00 |
| 26 | Goodman Factors, Inc.<br>3010 LBJ FRWY 140<br>Dallas, TX 75234 | Unsecured NonPriority | $300.00 |
| 27 | Gordon Kelly<br>191 Nance Lane<br>Jacksboro, TN 37757 | Unsecured NonPriority | $2,500.00 |
| 28 | Ignacio Mendez<br>12224 High Meadow Drive<br>Dallas, TX 75234 | Unsecured NonPriority | $3,500.00 |
| 29 | Ilene Diluia<br>Unknown | Unsecured NonPriority | $1,000.00 |
| 30 | Illinois Department of Revenue<br>100 W. Randolph Street, 7th Floor<br>Chicago, IL 60601 | Unsecured Priority | |
| 31 | Illinois Dept. of Employment Security<br>Collections Section<br>33 S. State Street, 10th Floor<br>Chicago, IL 60603-2802 | Unsecured Priority | |
| 32 | Jarvis Booker<br>PO Box 441654<br>Indianapolis, IN 46244 | Unsecured NonPriority | $3,000.00 |

| | | | |
|---|---|---|---|
| 33 | Jay Southerland<br>Box 36<br>TX 76486 | Unsecured NonPriority | $300.00 |
| 34 | John Hawkins<br>519 Clarksville Road<br>Pittsfield, IL 62363 | Unsecured NonPriority | $2,500.00 |
| 35 | John Stelplugh<br>W2220 Evergreen LN<br>Lyndon Station, WI 53944 | Unsecured NonPriority | $2,500.00 |
| 36 | Ken Hives<br>142 NE Babbit Avenue<br>Lawton, OK 73505 | Unsecured NonPriority | $2,500.00 |
| 37 | Lanyon Pryor<br>2071 Westridge Blvd.<br>Bartlett, IL 60103 | Unsecured NonPriority | $1,200.00 |
| 38 | Lee Lacy<br>511 Alyee Lane<br>Aurora, IL 60505 | Unsecured NonPriority | $2,500.00 |
| 39 | Lewis Transportation<br>PO Box 10157<br>Fargo, ND 58106 | Unsecured NonPriority | $3,500.00 |
| 40 | Marlene Miller<br>6955 N Junction Road<br>David Junction, IL 61020 | Unsecured NonPriority | $1,200.00 |
| 41 | Merl Moulton Sr.<br>684 Old Rt. 45<br>Louisville, IL 62858 | Unsecured NonPriority | $300.00 |
| 42 | Michael D. Otis<br>1368 Inverness Drive<br>Elgin, IL 60107 | Unsecured NonPriority | $1,200.00 |
| 43 | Mike Corbin<br>2070 Muirfield Circle<br>Elgin, IL 60123 | Unsecured NonPriority | $2,500.00 |
| 44 | MJ Howland, Inc.<br>7935 Ainsworth Road<br>Hobart, IN 46342 | Unsecured NonPriority | $26,000.00 |
| 45 | Monica D. Merchant<br>2201 S. Street<br>Elgin, IL 60123 | Unsecured NonPriority | $1,200.00 |

| | | | |
|---|---|---|---|
| 46 | Nemisio Mendoza<br>1115 Seco. Road<br>Eagle Pass, TX 78852 | Unsecured NonPriority | $2,500.00 |
| 47 | New Country<br>PO Box 613<br>Bloomingdale, IL 60108 | Unsecured NonPriority | $350.00 |
| 48 | Northland Insurance<br>PO Box 64643<br>St. Paul, MN 55164-0643 | Unsecured NonPriority | $1,500.00 |
| 49 | Oak Harbor Frieght Lines<br>1339 W. Valley Highway N<br>Auburn, WA 98001 | Unsecured NonPriority | $540.93 |
| 50 | Peggy Story<br>RT 2 Box 226D<br>Linden, TN 37096 | Unsecured NonPriority | $1,200.00 |
| 51 | Penske Truck Leasing<br>PO Box 802577<br>Chicago, IL 60680-2577 | Unsecured NonPriority | $55,000.00 |
| 52 | Puccini Transportation Inc.<br>653 Terry Court<br>Roselle, IL 60172 | Unsecured NonPriority | $10,000.00 |
| 53 | Puco<br>180 East Broad Street<br>5th Floor<br>Columbus, OH 43215-3793 | Unsecured NonPriority | $500.00 |
| 54 | R&D Cleaning Services<br>9961 Bedford Drive<br>Huntley, IL 60142 | Unsecured NonPriority | $300.00 |
| 55 | Randy Kovacs<br>1443 Eliot Trail<br>Elgin, IL 60123 | Unsecured NonPriority | $2,500.00 |
| 56 | Richard Kowalski<br>320 Wedgewood Circle<br>Romeoville, IL 60446 | Unsecured NonPriority | $2,500.00 |
| 57 | Richard Wiltz<br>610 W. Maywood<br>Peoria, IL 61604 | Unsecured NonPriority | $2,500.00 |
| 58 | RJW Transport<br>PO Box 700<br>Bloomingdale, IL 60180 | Unsecured NonPriority | $500.00 |

| 59 | Robert Bonner<br>1620 Edison Circle<br>Hanover Park, IL 60133 | Unsecured NonPriority | $2,500.00 |
| 60 | Robert Page<br>9506 Henninger Drive<br>Belvidere, IL 61008 | Unsecured NonPriority | $2,500.00 |
| 61 | Robert Springer<br>1022 W 12th Street<br>Belvidere, IL 61008 | Unsecured NonPriority | $2,500.00 |
| 62 | RT&T Logistics Inc.<br>4631 N. Ford Road<br>Galena, IL 61038 | Unsecured NonPriority | $700.00 |
| 63 | State of Illinois Dept. of Labor<br>Fair Labor Standards Division<br>160 N. LaSalle, Suite C 1300<br>Chicago, IL 60601-3150 | Unsecured NonPriority | |
| 64 | Thomas Pryor<br>2071 Westridge Blvd.<br>Bartlett, IL 60103 | Unsecured NonPriority | $1,200.00 |
| 65 | U.S. Treasury Department<br>200 W. Adams Street, Suite 450<br>Chicago, IL 60606 | Unsecured Priority | |
| 66 | Veterans Messenger Service<br>Slot 302141<br>PO Box 66973<br>Chicago, IL 60666 | Unsecured NonPriority | $6,774.87 |
| 67 | Warren T. Renee<br>13500 N US 31 Lot 90<br>Edinburgh, IN 46124 | Unsecured NonPriority | $2,500.00 |
| 68 | William G. Palmer<br>34W 926 S James Drive<br>St. Charles, IL 60174 | Unsecured NonPriority | $2,500.00 |

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

## Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership

I, Martin J. Howland, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered List of Creditors, consisting of 7 sheets (including this declaration), and that it is true and correct to the best of my knowledge and belief.

Signature: _____          Date:    01/28/05 _____

**Name:**    Martin J. Howland

**Title:**    President

Joel A. Stein
Deutsch, Levy & Engel, Chartered
225 West Washington Street
Suite 1700
Chicago, IL 60606
Tel: (312) 346-1460
Fax: (312) 346-1859
**Attorney for Petitioner**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:

Can-Do Express, Inc.

Debtor

Case Number: _____

Chapter 7

## VERIFICATION OF CREDITOR MAILING MATRIX

The above named debtor or debtor's attorney if applicable, does hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 1 pages including this declaration, is complete, correct and consistent with the debtor's schedules pursuant to the local bankruptcy rules and I assume all responsibility for errors and omissions.

Dated: 01/28/2005

_____
Martin J. Howland, President
Can-Do Express, Inc.
Debtor

_____
Joel A. Stein
Attorney for Petitioner

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re: **Can-Do Express, Inc.**                                      Case No. _____

## Statement Of Financial Affairs

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

     "IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 pecent or more of the voting equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

     "INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**None**
[ ]

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) | Year | Fiscal Year |
|---|---|---|---|
| $55,938.00 | | 2003 | |
| $15,473.00 | | 2002 | |

Amount both negative (-)

---

**Form 7. Statement of Financial Affairs**

| None | 2. Income other than from employment or operation of business |
|------|---------------------------------------------------------------|
| [X]  | State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Amount | Source (if more than one) | Year |
|--------|---------------------------|------|
|        |                           |      |

| None | 3. Payments to creditors |
|------|--------------------------|
| [X]  | A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|------------------------------|-------------------|-------------|--------------------|
|                              |                   |             |                    |

| None | B. List all payments made within one year immediately preceding the commencement of this case to |
|------|--------------------------------------------------------------------------------------------------|
| [ ]  | or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---------------------------------------------------------|-----------------|-------------|--------------------|
| MJ Howland LLC 7935 Ainsworth Drive Hobart, IN 46342 President | 04/01/04 | $2,924.43 | $12,500.00 |

| None | 4. Suits and administrative proceedings, executions, garnishments and attachments |
|------|----------------------------------------------------------------------------------|
| [ ]  | A. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---------------------------------|----------------------|------------------------------|-----------------------|
| Penske Truck Lease v. Can-Do Express, Inc. 04 M1 126078 | Action on deficiency | Circuit Richard J. Daley Center 50 W. Washington Street Chicago, Illinois 60602 | 01/13/05 Judgment |

None
[X]

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

None
[X]

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

None
[X]

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

None
[X]

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

Form 7. Statement of Financial Affairs

| None [X] | **7. Gifts** |
|---|---|
| | List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

| None [X] | **8. Losses** |
|---|---|
| | List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
|---|---|---|

| None [ ] | **9. Payments related to debt counseling or bankruptcy** |
|---|---|
| | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. |

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Deutsch, Levy & Engel 225 West Washington Suite 1700 Chicago, IL 60606 | January 28, 2005 | $2,500.00 |
| Nerlie& Associates CPA 545 Cheshire Drive, NE Grand Rapids, MI 49585 | July 28, 2004 | $2,850.00 |

| None [X] | **10. Other transfers** |
|---|---|
| | List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

Form 7. Statement of Financial Affairs

**None**
**[ ]**

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
| --- | --- | --- |
| First Community Bank 165 S. Randal Road Elgin, IL 60123 | Checking 115017 | Over draft of $2,900.00 & 07/21/03 |

**None**
**[X]**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
| --- | --- | --- | --- |

**None**
**[X]**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |

**None**
**[X]**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

**Form 7. Statement of Financial Affairs**

**None**
**[X]**

**15. Prior address of debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|

**None**
**[X]**

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None**
**[X]**

A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

**None**
**[X]**

B. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

Form 7. Statement of Financial Affairs

None
[X]

C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
| --- | --- | --- |

None
[X]

**18. Nature, location and name of business**

A. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| Name | Taxpayer I.D. Number (EIN) | Address | Nature of Business | Beginning and Ending Dates |
| --- | --- | --- | --- | --- |

None
[X]

B. Identify any business listed in response to subdivision A., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**Form 7. Statement of Financial Affairs**

None [ ]

**19. Books, records and financial statements**

A. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| Donna M. Fasone CPA<br>American Express Tax & Business<br>111 Deer Lake Road, #111<br>Deerfield, IL 60015 | |
| Nerli Associates<br>545 Cheshire Drive, NE<br>Grand Rapids, MI 49505 | 07/28/04 |

None [X]

B. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates Services Rendered |
|---|---|---|

None [ ]

C. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| Name | Address |
|---|---|
| Martin J. Howland | 7935 Ainsworth Road<br>Hobart, IN |

None [X]

D. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| Name and Address | Date Issued |
|---|---|

None [X]

**20. Inventories**

A. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory (Specify cost, market or other basis) |
|---|---|---|

None [X]

B. List the name and address of the person having possession of the records of each of the two inventories reported in A, above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |
|---|---|

Form 7. Statement of Financial Affairs

**None**
**[X]**

**21. Current Partners, Officers, Directors, Shareholders**

A. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|

**None**
**[ ]**

B. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Karyn Nadler<br>690 Fenwick Lane<br>South Elgin, IL 60177 | | 500 Shares<br>50% |
| Carol Howland<br>7935 Ainsworth Road<br>Hobart, IN 46342 | Secretary | 250 Shares<br>25% |
| Martin Howland<br>7935 Ainsworth Road<br>Hobart, IN 46342 | President CEO | 250 Shares<br>25% |

**None**
**[X]**

**22. Former Partners, Officers, Directors, and Shareholders**

A. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| Name | Address | Date of Withdrawal |
|---|---|---|

**None**
**[X]**

B. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| Name and Address | Title | Date of Termination |
|---|---|---|

**None**
**[X]**

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| Name and Address of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|

**Form 7. Statement of Financial Affairs**