**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Can Do Express Inc., | ) | Case No. 05-03038 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:   **U.S. Bankruptcy Court, 219 South Dearborn Street, Room 642, Chicago, Ill., 60604**

   On:   **October 16, 2007**      Time:  **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court.  **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $2,245.80 |
   | b. | Disbursements | $     0.00 |
   | c. | Net Cash Available for Distribution | $2,245.80 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0.00 | $561.45 | $25.75 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $18,487.85 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 8.9712973%. Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Richard Kowalski<br>320 Wedgewood Circle<br>Romeoville, IL  60446-5079 | $4,925.00 | $441.84 |
| 3 | Richard Wiltz<br>610 West Maywood<br>Peoria, IL  61604-2840 | 3,312.57 | 297.18 |
| 4 | Gordon S. Kelly II<br>211 North Kaspar Avenue, #G-1<br>Arlington Heights, IL  60005 | 2,319.42 | 208.08 |
| 5 | Robert Bonner<br>1620 Edison Circle<br>Hanover Park, IL  60133-5358 | 4,904.65 | 440.01 |
| 6 | Mike Corbin<br>2070 Muirfield Circle<br>Elgin, IL  60123-5624 | 3,026.21 | 271.49 |

7. Claims of general unsecured creditors totaling $55,009.13 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%. Allowed general unsecured claims are as follows:

2

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Richard Kowalski<br>320 Wedgewood Circle<br>Romeoville, IL  60446-5079 | $48,234.26 | $0.00 |
| 2 | Veterans Messenger Service<br>Slot 302141<br>P.O. Box 66973<br>Chicago, IL  60666-0973 | $6,774.87 | $0.00 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: **AUGUST 22, 2007**

By: For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:     (312) 923-2981
FAX:   (312) 840-7381