**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Can Do Express Inc., | ) | Case No. 05-03038 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    **U.S. Bankruptcy Court, 219 South Dearborn Street, Room 642, Chicago, Ill., 60604**

   On:    **October 16, 2007**    Time: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   |   |   |   |   |
   |---|---|---|---|
   | a. | Receipts | | $2,245.80 |
   | b. | Disbursements | $ | 0.00 |
   | c. | Net Cash Available for Distribution | | $2,245.80 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0.00 | $561.45 | $25.75 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $18,487.85 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 8.9712973%. Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Richard Kowalski 320 Wedgewood Circle Romeoville, IL  60446-5079 | $4,925.00 | $441.84 |
| 3 | Richard Wiltz 610 West Maywood Peoria, IL  61604-2840 | 3,312.57 | 297.18 |
| 4 | Gordon S. Kelly II 211 North Kaspar Avenue, #G-1 Arlington Heights, IL  60005 | 2,319.42 | 208.08 |
| 5 | Robert Bonner 1620 Edison Circle Hanover Park, IL  60133-5358 | 4,904.65 | 440.01 |
| 6 | Mike Corbin 2070 Muirfield Circle Elgin, IL  60123-5624 | 3,026.21 | 271.49 |

7. Claims of general unsecured creditors totaling $55,009.13 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Richard Kowalski<br>320 Wedgewood Circle<br>Romeoville, IL  60446-5079 | $48,234.26 | $0.00 |
| 2 | Veterans Messenger Service<br>Slot 302141<br>P.O. Box 66973<br>Chicago, IL  60666-0973 | $6,774.87 | $0.00 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: **AUGUST 22, 2007**

By: For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:     (312) 923-2981
FAX:   (312) 840-7381

3

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sward                  Page 1 of 2              Date Rcvd: Aug 27, 2007
Case: 05-03038                Form ID: pdf002              Total Served: 71

The following entities were served by first class mail on Aug 29, 2007.
db            +Can-Do Express Inc,    7935 Ainsworth Road,    Hobart, IN 46342-6769
aty           +Joel A Stein,    Deutsch Levy & Engel Chtd,    Suite 1700,    225 W. Washington Street,
                Chicago, IL 60606-3404
tr            +Ronald R Peterson,    Jenner & Block,    One IBM Plaza 38th Fl,    Chicago, IL 60611-3586
8901279       +24HR Quil Fix,    1030 Summit,    Suite 301,    Elgin, IL 60120-4371
8901280       +Acme Truck Brake & Supply Co.,    2333 Arthur Ave.,    Elk Grove, IL 60007-6014
8901281       +American Express,    111 Deer Lake Road,    Deerfield, IL 60015-5663
8901282       +Atlas Lift Truck,    5050 River Road,    Schiller Park, IL 60176-1021
8901283        Builders Chicago Corp.,    4647 W. Arthington Street,    Chicago, IL 60644
8901289       +CSE Transportation,    5540 W. 84th Street,    Burbank, IL 60459-2620
8901284       +Clarence Shockley,    2822 Dry Hollow Road,    Mcewen, TN 37101-5060
8901285        Coble Enterprises Inc.,    PO Box 90531,    Lafayette, LA 70509-0531
8901286        Command Frieght Systems,    355 Harbor Gateway South,    Costa Mesa, CA 92626
8901287        Compunet,    PO Box 710,    Lake Havasu City, AZ 86405-0710
8901288        Connecticut Judicial Branch,    Cetralizes Infractions Bureau,    PO Box 5044,
                Hartford, CT 06102-5044
8901290       +D&N Delivery,    PO Box 11023,    Las Vegas, NV 89111-1023
8901291       +Daman Express Inc.,    PO Box 7313,    Bensenville, IL 60106-7313
8901292       +David Richardsen,    PO Box 1132,    Thomasville, NC 27361-1132
8901293       +Dennis Puccini,    653 Terry Court,    Roselle, IL 60172-2328
8901294       +Don Aiello,    1744 Foxfield Drive,    Belevidere, IL 61008-7302
8901295       +Elgin Care Center,    530 N. Mclean Blvd.,    Elgin, IL 60123-3275
8901296       +Ernest Delgado,    2025 Deerfield,    TX 75007-5536
8901297       +Euclid Insurance,    234 Springlake Drive,    Itasca, IL 60143-3202
8901298       +Exhaust Productions,    2777 East 83rd Place,    Merrillville, IN 46410-6409
8901299        Fed Ex,    PO Box 1140,    Memphis, TN 38101-1140
8901300       +First Community Bank,    165 S. Randall Road,    Elgin, IL 60123-5547
8901301       +Flexible Staffing Services,    135 N. Broadway,    Melrose Park, IL 60160-3702
8901302       +Francis Willet,    847 Elma Avenue,    Elgin, IL 60120-2366
8901303       +Frank T. Merchant,    2201 South Street,    Elgin, IL 60123-6945
8901304       +Goodman Factors, Inc.,    3010 LBJ FRWY 140,    Dallas, TX 75234-2739
8901357       +Gordon Kelly,    191 Nance Lane,    Jacksboro, TN 37757-2128
8901305       +Gordon S Kelly II,    211 N Kaspar Ave Apt G-1,    Arlington Heights, IL 60005-1202
8901306       +Ignacio Mendez,    12224 High Meadow Drive,    Dallas, TX 75234-7903
8901308       +Illinois Department of Revenue,    100 W. Randolph Street, 7th Floor,    Chicago, IL 60601-3218
8901309        Illinois Dept. of Employment Security,    Collections Section,    33 S. State Street, 10th Floor,
                Chicago, IL 60603-2802
8901310       +Jarvis Booker,    PO Box 441654,    Indianapolis, IN 46244-1654
8901311       +Jay Southerland,    Box 36,    TX 76486-0036
8901312       +John Hawkins,    519 Clarksville Road,    Pittsfield, IL 62363-1847
8901313       +John Stelplugh,    W2220 Evergreen LN,    Lyndon Station, WI 53944-9575
8901314       +Ken Hives,    142 NE Babbit Avenue,    Lawton, OK 73507-1424
8901315       +Lanyon Pryor,    2071 Westridge Blvd.,    Bartlett, IL 60103-1356
8901316       +Lee Lacy,    511 Alyee Lane,    Aurora, IL 60505-1807
8901317       +Lewis Transportation,    PO Box 10157,    Fargo, ND 58106-0157
8901322       +MJ Howland, Inc.,    7935 Ainsworth Road,    Hobart, IN 46342-6769
8901318       +Marlene Miller,    6955 N Junction Road,    David Junction, IL 61020-9784
8901319       +Merl Moulton Sr.,    684 Old Rt. 45,    Louisville, IL 62858-2336
8901320       +Michael D. Otis,    1368 Inverness Drive,    Elgin, IL 60120-8165
8901321       +Mike Corbin,    2070 Muirfield Circle,    Elgin, IL 60123-5624
8901323       +Monica D. Merchant,    2201 S. Street,    Elgin, IL 60123-6945
8901324       +Nemisio Mendoza,    1115 Seco. Road,    Eagle Pass, TX 78852-3694
8901325       +New Country,    PO Box 613,    Bloomingdale, IL 60108-0613
8901326        Northland Insurance,    PO Box 64643,    St. Paul, MN 55164-0643
8901327       +Oak Harbor Frieght Lines,    1339 W. Valley Highway N,    Auburn, WA 98001-4123
8901328        Peggy Story,    RT 2 Box 226D,    Linden, TN 37096
8901329        Penske Truck Leasing,    PO Box 802577,    Chicago, IL 60680-2577
8901330       +Puccini Transportation Inc.,    653 Terry Court,    Roselle, IL 60172-2328
8901331       +Puco,    180 East Broad Street,    5th Floor,    Columbus, OH 43215-3753
8901332       +R&D Cleaning Services,    9961 Bedford Drive,    Huntley, IL 60142-2305
8901336       +RJW Transport,    PO Box 700,    Bloomingdale, IL 60108-0700
8901340       +RT&T Logistics Inc.,    4631 N. Ford Road,    Galena, IL 61036-9506
8901333       +Randy Kovacs,    1443 Eliot Trail,    Elgin, IL 60120-4697
8901334       +Richard Kowalski,    320 Wedgewood Circle,    Romeoville, IL 60446-5079
8901335       +Richard Wiltz,    610 W. Maywood,    Peoria, IL 61604-2840
8901337       +Robert Bonner,    1620 Edison Circle,    Hanover Park, IL 60133-5358
8901338       +Robert Page,    9506 Henninger Drive,    Belvidere, IL 61008-8905
8901339       +Robert Springer,    1022 W 12th Street,    Belvidere, IL 61008-5824
8901341       +State of Illinois Dept. of Labor,    Fair Labor Standards Division,    160 N. LaSalle, Suite C 1300,
                Chicago, IL 60601-3114
8901342       +Thomas Pryor,    2071 Westridge Blvd.,    Bartlett, IL 60103-1356
8901343       +U.S. Treasury Department,    200 W. Adams Street, Suite 450,    Chicago, IL 60606-5215
8901344       +Veterans Messenger Service,    Slot 302141,    PO Box 66973,    Chicago, IL 60666-0973
8901345       +Warren T. Renee,    13500 N US 31 Lot 90,    Edinburgh, IN 46124-9554
8901346        William G. Palmer,    34W 926 S James Drive,    St. Charles, IL 60174

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
```

```
District/off: 0752-1            User: sward              Page 2 of 2              Date Rcvd: Aug 27, 2007
Case: 05-03038                  Form ID: pdf002          Total Served: 71

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8901278         Can-Do Express, Inc.
8901347         Can-Do Express, Inc.
8901307         Ilene Diluia,    Unknown
8901348*       +24HR Quil Fix,    1030 Summit,    Suite 301,    Elgin, IL 60120-4371
8901349*       +Atlas Lift Truck,    5050 River Road,    Schiller Park, IL 60176-1021
8901350*       +Clarence Shockley,    2822 Dry Hollow Road,    Mcewen, TN 37101-5060
8901351*       +Daman Express Inc.,    PO Box 7313,    Bensenville, IL 60106-7313
8901352*       +David Richardsen,    PO Box 1132,    Thomasville, NC 27361-1132
8901353*       +Don Aiello,    1744 Foxfield Drive,    Belevidere, IL 61008-7302
8901354*       +Ernest Delgado,    2025 Deerfield,    TX 75007-5536
8901355*       +First Community Bank,    165 S. Randall Road,    Elgin, IL 60123-5547
8901356*       +Francis  Willet,    847 Elma Avenue,    Elgin, IL 60120-2366
8901358*       +Ignacio Mendez,    12224 High Meadow Drive,    Dallas, TX 75234-7903
8901359*       +Jarvis Booker,    PO Box 441654,    Indianapolis, IN 46244-1654
8901360*       +John Hawkins,    519 Clarksville Road,    Pittsfield, IL 62363-1847
8901361*       +John Stelplugh,    W2220 Evergreen LN,    Lyndon Station, WI 53944-9575
8901362*       +Ken Hives,    142 NE Babbit Avenue,    Lawton, OK 73507-1424
8901363*       +Lee Lacy,    511 Alyee Lane,    Aurora, IL 60505-1807
8901364*       +Lewis Transportation,    PO Box 10157,    Fargo, ND 58106-0157
8901366*       +MJ Howland, Inc.,    7935 Ainsworth Road,    Hobart, IN 46342-6769
8901365*       +Mike Corbin,    2070 Muirfield Circle,    Elgin, IL 60123-5624
8901367*       +Nemisio Mendoza,    1115 Seco. Road,    Eagle Pass, TX 78852-3694
8901368*        Penske Truck Leasing,    PO Box 802577,    Chicago, IL 60680-2577
8901369*       +Puccini Transportation Inc.,    653 Terry Court,    Roselle, IL 60172-2328
8901370*       +Randy Kovacs,    1443 Eliot Trail,    Elgin, IL 60120-4697
8901371*       +Richard Kowalski,    320 Wedgewood Circle,    Romeoville, IL 60446-5079
8901372*       +Richard Wiltz,    610 W. Maywood,    Peoria, IL 61604-2840
8901373*       +Robert Bonner,    1620 Edison Circle,    Hanover Park, IL 60133-5358
8901374*       +Robert Page,    9506 Henninger Drive,    Belvidere, IL 61008-8905
8901375*       +Robert Springer,    1022 W 12th Street,    Belvidere, IL 61008-5824
8901376*       +Veterans Messenger Service,    Slot 302141,    PO Box 66973,    Chicago, IL 60666-0973
8901377*       +Warren T. Renee,    13500 N US 31 Lot 90,    Edinburgh, IN 46124-9554
8901378*        William G. Palmer,    34W 926 S James Drive,    St. Charles, IL 60174
                                                                                             TOTALS: 3, * 30

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2007**            **Signature:**    _Joseph Speetjens_