IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Can Do Express Inc., | ) | Case No. 05-03038 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### FINAL DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

**SUMMARY OF DISTRIBUTION**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $587.20 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 1,672.15 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 0.00 |
| Interest on Priority Claims: | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | **$2,259.35** |

1587935.2

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $587.20 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
|  | Trustee<br>    Fees<br>    Expenses | <br>561.45<br>25.75 | <br>561.45<br>25.75 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

1587935.2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 9.044589% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $18,487.85 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Richard Kowalski<br>320 Wedgewood Circle<br>Romeoville, IL  60446-5079 | $4,925.00 | $445.45 |
| 3 | Richard Wiltz<br>610 West Maywood<br>Peoria, IL  61604-2840 | 3,312.57 | 299.61 |
| 4 | Gordon S. Kelly II<br>211 North Kaspar Avenue, #G-1<br>Arlington Heights, IL  60005 | 2,319.42 | 209.78 |
| 5 | Robert Bonner<br>1620 Edison Circle<br>Hanover Park, IL  60133-5358 | 4,904.65 | 443.61 |
| 6 | Mike Corbin<br>2070 Muirfield Circle<br>Elgin, IL  60123-5624 | 3,026.21 | 273.71 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

3

1587935.2

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

1587935.2

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $55,009.13 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Richard Kowalski<br>320 Wedgewood Circle<br>Romeoville, IL  60446-5079 | $48,234.26 | $0.00 |
| 2 | Veterans Messenger Service<br>Slot 302141<br>P.O. Box 66973<br>Chicago, IL  60666-0973 | $6,774.87 | $0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

5

1587935.2

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: October 18, 2007

/s/ Ronald R. Peterson
Ronald R. Peterson, Trustee

6

1587935.2

Case 05-03038   Doc 18   Filed 10/22/07   Entered 10/22/07 11:32:15   Desc Main
Document      Page 7 of 7

05-03038:12.0:Final Report and Account - Asset:Main Document Entered: 7/30/2007 1:50:55 PM by:Ronald Peterson Page 16 of 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Can Do Express Inc., | ) | Case No. 05-03038 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Trustee's compensation         $     561.45
2. Trustee's expenses             $      25.75
   TOTAL                          $     587.20

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: __OCT 16 2007__

UNITED STATES BANKRUPTCY JUDGE