### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CAN DO EXPRESS, INC.,** | ) | **CASE NO. 05-03038** |
| | ) | |
| Debtor. | ) | The Honorable Susan Pierson Sonderby, |
| | ) | Presiding |

### TRUSTEE'S FINAL ACCOUNT AND
### APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

Ronald R. Peterson, the Trustee in this case, respectfully files this Account, and states:

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached as Exhibits A and B.

All checks have been cashed. Attached hereto as Exhibit C is the estate's Form 2 showing zero balance and the zero balance bank statement.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. § 350.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Ronald R. Peterson*
　　　　　　　　　　　　　　　　　　　　　　　　 RONALD R. PETERSON, Trustee for the
　　　　　　　　　　　　　　　　　　　　　　　　 Bankruptcy Estate of Can Do Express, Inc.

Ronald R. Peterson (01288743)
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2981
Facsimile: (312) 840-7381

Dated: December 21, 2007

1607144/1

# EXHIBIT A

05-03038:12.0:Final Report and Account - Asset:Main Document Entered: 7/30/2007 1:50:55 PM by:Ronald Peterson Page 16 of 16

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Can Do Express Inc., | ) Case No. 05-03038 |
| | ) |
| Debtor. | ) Hon. Susan Pierson Sonderby |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance

of fees and expenses of administration, notice having been given and the Court being duly

advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of

fees and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 561.45 |
| 2. | Trustee's expenses | $ | 25.75 |
| | TOTAL | $ | 587.20 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances

listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy

Court.

DATED: _____ OCT 1 6 2007


_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Can Do Express Inc., | ) | Case No. 05-03038 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### FINAL DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $587.20 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 1,672.15 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 0.00 |
| Interest on Priority Claims: | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $2,259.35 |

1587935.2

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $587.20 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>   Fees<br>   Expenses | <br>561.45<br>25.75 | <br>561.45<br>25.75 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 9.044589% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $18,487.85 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Richard Kowalski 320 Wedgewood Circle Romeoville, IL 60446-5079 | $4,925.00 | $445.45 |
| 3 | Richard Wiltz 610 West Maywood Peoria, IL 61604-2840 | 3,312.57 | 299.61 |
| 4 | Gordon S. Kelly II 211 North Kaspar Avenue, #G-1 Arlington Heights, IL 60005 | 2,319.42 | 209.78 |
| 5 | Robert Bonner 1620 Edison Circle Hanover Park, IL 60133-5358 | 4,904.65 | 443.61 |
| 6 | Mike Corbin 2070 Muirfield Circle Elgin, IL 60123-5624 | 3,026.21 | 273.71 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

3

1587935.2

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 724(b) - Tax liens | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

1587935.2

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |
| | | | |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $55,009.13 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Richard Kowalski 320 Wedgewood Circle Romeoville, IL  60446-5079 | $48,234.26 | $0.00 |
| 2 | Veterans Messenger Service Slot 302141 P.O. Box 66973 Chicago, IL  60666-0973 | $6,774.87 | $0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

5

1587935.2

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: October 18, 2007

/s/ Ronald R. Peterson
Ronald R. Peterson, Trustee

6

1587935.2

# EXHIBIT C

LF0RM24

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 05-03038 -SPS
Case Name: CAN DO EXPRESS INC
Taxpayer ID No: *******4310
For Period Ending: 12/21/07

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3377  BofA - Money Market Account
Blanket Bond (per case limit): $  5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/13/05 | 1 | Martin J. Howland | Closed bank account | 1129-000 | 2,213.55 | | 2,213.55 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.23 | | 2,213.78 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.48 | | 2,214.26 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.45 | | 2,214.71 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.47 | | 2,215.18 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.13 | | 2,216.31 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.09 | | 2,217.40 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.13 | | 2,218.53 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.09 | | 2,219.62 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.12 | | 2,220.74 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.14 | | 2,221.88 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.58 | | 2,223.46 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.89 | | 2,225.35 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.83 | | 2,227.18 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.89 | | 2,229.07 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.83 | | 2,230.90 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.89 | | 2,232.79 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.90 | | 2,234.69 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.84 | | 2,236.53 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.90 | | 2,238.43 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.84 | | 2,240.27 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.90 | | 2,242.17 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.91 | | 2,244.08 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.72 | | 2,245.80 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.91 | | 2,247.71 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.85 | | 2,249.56 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.91 | | 2,251.47 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.85 | | 2,253.32 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.92 | | 2,255.24 |

Page Subtotals                2,255.24        0.00

Ver. 12.61a

LF0BM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Case No:            05-03038  -SPS
Case Name:          CAN DO EXPRESS INC

Taxpayer ID No:     *******4310
For Period Ending:  12/21/07

Trustee Name:       RONALD R PETERSON
Bank Name:          BANK OF AMERICA, N.A.
Account Number / CD #:  ******3377 BofA - Money Market Account

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.92 | | 2,257.16 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.44 | | 2,258.60 |
| 10/17/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.75 | | 2,259.35 |
| 10/17/07 | | Transfer to Acct #******6793 | Final Posting Transfer | 9999-000 | | 2,259.35 | 0.00 |
| | | | COLUMN TOTALS | | 2,259.35 | 2,259.35 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 2,259.35 | |
| | | | Subtotal | | 2,259.35 | 2,259.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,259.35 | 0.00 | |

LFORM24

Page:   3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 05-03038 -SPS
Case Name: CAN DO EXPRESS INC
Taxpayer ID No: *******4310
For Period Ending: 12/21/07

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6793   BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/17/07 | | Transfer from Acct #******3377 | Transfer In From MMA Account | 9999-000 | 2,259.35 | | 2,259.35 |
| 10/24/07 | 003001 | Ronald Peterson | Trustee's compensation | 2100-000 | | 587.20 | 1,672.15 |
| | | | Fees 561.45 | | | | |
| | | | Expenses 25.75 | 2200-000 | | | |
| 10/24/07 | 003002 | Richard Kowalski | Final distribution | 5300-000 | | 445.45 | 1,226.70 |
| 10/24/07 | 003003 | Richard Wiltz | Final distribution | 5300-000 | | 299.61 | 927.09 |
| 10/24/07 | 003004 | Gordon S Kelly II | Final distribution | 5300-000 | | 209.78 | 717.31 |
| 10/24/07 | 003005 | Robert Bonner | Final distribution | 5300-000 | | 443.61 | 273.70 |
| 10/24/07 | 003006 | Mike Corbin | Final distribution | 5300-003 | | 273.71 | -0.01 |
| 10/24/07 | 003006 | Mike Corbin | Final distribution | 5300-003 | | -273.71 | 273.70 |
| 10/24/07 | 003007 | Mike Corbin | Final distribution | 5300-003 | | 273.70 | 0.00 |

| | | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 2,259.35 | 2,259.35 | 0.00 |
| Less: Bank Transfers/CDs | | 2,259.35 | 0.00 | |
| Subtotal | | 0.00 | 2,259.35 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 2,259.35 | |

| TOTAL- ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******3377 | 2,259.35 | 0.00 | 0.00 |
| BofA - Checking Account - *******6793 | 0.00 | 2,259.35 | 0.00 |
| | 2,259.35 | 2,259.35 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     2,259.35     2,259.35

Ver: 12.61a